JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>R and N PROPERTIES I, LLC, a California Limited Liability Co.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-04209-SB-KES<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE CASE** |

1

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Anthony Bouyer and Defendant R and N Properties I, LLC, the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED**.

DATED: January 15, 2022



_____
UNITED STATES DISTRICT JUDGE